UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Sealed Matter

Misc. No. 17- 50785

Honorable Sean F. Cox

_____/

**MOTION TO UNSEAL SEARCH WARRANT, APPLICATION, AFFIDAVIT, AND ATTACHMENTS**

The United States of America, by and through its attorneys, Saima S. Mohsin, Acting United States Attorney, and Philip A. Ross, Assistant U.S. attorney, and respectfully requests that the Search Warrant, Application for Search Warrant, Affidavit, and Attachments, in the above-entitled cause be unsealed for the following reasons:

1. The United States requires the unsealing of the above-referenced documents to comply with its discovery obligations.

2. The United States is no longer concerned that unsealing the above-referenced documents will hinder an on-going criminal investigation.

**WHEREFORE,** the government respectfully requests that said documents in this cause be unsealed.

Respectfully submitted,

Saima S. Mohsin
Acting United States Attorney

*s/Philip A. Ross*
Philip A. Ross
Assistant U.S. Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
Philip.Ross@usdoj.gov
(313) 226-9790

Dated:  November 16, 2021

**IT IS SO ORDERED.**

**s/JONATHAN J.C. GREY**
Jonathan J.C. Grey
United States Magistrate Judge

Entered: November 16, 2021